Richard Stark, trading as Richard Stark & Son, appellee, v. Patrick Carroll, appellant. Gen. No. 25,514.

Action to recover balance due under a building contract. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Harry M. Fisher, Judge, presiding. Heard in the Branch

Appellate Court at the October term, 1919. Affirmed. Opinion filed October 13, 1920.

Thurman, Hume & Kennedy, for appellant. Michael W. Kaveney, for appellee.

Mr. Justice Gridley delivered the opinion of the court.